# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**MARCO ANTONIO AVILES-AVILES**,

    *Plaintiff*,

v.

**UNITED STATES OF AMERICA**,

    *Defendant*.

CAUSE NO. 3:25-CV-138-CWR-ASH

## ORDER

This matter is before the Court pursuant to the Magistrate Judge's Report and Recommendation (R&R), which was entered on March 20, 2025. Docket No. 4. The R&R recommended that the Court deny plaintiff's motion to proceed *in forma pauperis* and provide plaintiff with 30 days to pay the filing fee. *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts the R&R as the Order of this Court. *See* 28 U.S.C. § 636(b)(1).

Plaintiff has now filed a motion requesting a payment plan. Docket No. 5. The Court will deny plaintiff's request as his motion to proceed *in forma pauperis* has been denied, but grants him additional time to pay the filing fee. The new deadline to pay is July 15, 2025.

**SO ORDERED**, this the 16th day of April, 2025.

                                                            s/ Carlton W. Reeves
                                                            UNITED STATES DISTRICT JUDGE